```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 03187
    BARBARA J SCOTT
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-8503


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 02/12/2008 and was not confirmed.

      The case was dismissed without confirmation 06/05/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
DAIMLERCHRYSLER FINANCIA  NOTICE ONLY    NOT FILED             .00             .00
RMI/MCSI                  UNSECURED          100.00            .00             .00
CHASE AUTO FINANCE        SECURED VEHIC       .00              .00             .00
CHASE AUTO FINANCE        UNSECURED           .00              .00             .00
DAIMLER CHRYSLER FINANCI  SECURED VEHIC    12496.09            .00             .00
CITI RESIDENTIAL LENDING  CURRENT MORTG       .00              .00             .00
CITI RESIDENTIAL LENDING  MORTGAGE ARRE    71652.00            .00             .00
INTERNAL REVENUE SERVICE  SECURED            3268.45           .00             .00
INTERNAL REVENUE SERVICE  UNSECURED          6706.06           .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           968.51           .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           605.21           .00             .00
EXCEL EMERGENCY CARE LLC  UNSECURED        NOT FILED           .00             .00
GINNYS                    UNSECURED           194.78           .00             .00
MIDNIGHT VELVET           UNSECURED           215.84           .00             .00
ST JAMES HOSPITAL         UNSECURED        NOT FILED           .00             .00
HSBC                      UNSECURED        NOT FILED           .00             .00
STERLING & KING INC       UNSECURED        NOT FILED           .00             .00
INTERNAL REVENUE SERVICE  PRIORITY          17851.40           .00             .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED            .00             .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED            .00             .00
ILLINOIS DEPT OF REVENUE  PRIORITY           1100.65           .00             .00
ILLINOIS DEPT OF REVENUE  UNSECURED           560.39           .00             .00
ERNESTO D BORGES JR       DEBTOR ATTY       3,094.00                           .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                               .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 03187 BARBARA J SCOTT
```

```
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                         .00
                                        ---------------    ---------------
TOTALS                                              .00                .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                  /s/ Tom Vaughn
   Dated: 09/25/08                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```

                            PAGE   2
         CASE NO. 08 B 03187 BARBARA J SCOTT